# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CROP PRODUCTION SERVICES, INC.**                                     **PLAINTIFF**

**V.**                                         **CASE NO. 4:17-CV-00080-JMV**

**RTR FARMS, INC. AND**
**RICHARD J. RICK YOUNG**                                              **DEFENDANTS**

## ORDER

The following motions came today before the court, and the court, having heard the parties, orders as follows:

**Motion to Compel [#24]**: The motion to compel full and complete answers (without objections) to Plaintiff's interrogatories and requests for production and for production of Defendants' initial disclosures is granted. The disclosures and full responses (objections having been waived) are due no later than 5:00 PM on 10/25/17.

Fees and expenses incurred in preparation of the motion to compel and for attendance at the hearing thereon are assessed against the Defendants jointly and severally in accordance with FED.R.CIV.P. 37. Plaintiff's counsel must file a notice of its claim of reasonable fees and expenses so incurred no later than 12:00 PM (noon) on 10/23/17. Defendants shall have until 5:00 PM on 10/25/17 to make any objection they may have to the same.

**Motion to Extend Deadline for Filing Motions to Amend Pleadings or Join Parties [#25]**: This unopposed motion is granted but modified to the extent that, following discussion at the hearing, the deadline will be extended to 1/10/18.

**Motion to Withdraw [#26]**: For the reasons discussed at the hearing, Defense counsel's unopposed motion to withdraw is conditionally granted as follows: In order to effectuate their withdrawal from the case, Defense counsel must first certify on the docket on or after 10/25/17 the Defendants' full compliance with their discovery obligations as set forth above.

Defendants shall have a period of 30 days from 10/25/17 in which to obtain new counsel or, in the case of Mr. Young only, to inform the court in writing of his intent to proceed *pro se* (without counsel). Mr. Young has been instructed that a corporation may not proceed *pro se* in litigation in federal court and the failure to obtain counsel for the Defendant Corporation can result in its inability to defend against the claims of Plaintiff.

**Joint Oral Motion to Extend CMO Deadlines**: Consistent with the proposed deadlines agreed upon by the parties during the hearing held today, the parties' joint oral motion to extend CMO deadlines is granted as follows:

| | |
|---|---|
| Plaintiff's expert designations | 2/1/18 |
| Defendants' expert designations | 3/1/18 |
| Discovery | 4/2/18 |
| *Daubert* and dispositive motions | 4/16/18 |

So ordered this 19th day of October, 2017.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE