# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CROP PRODUCTION SERVICES, INC.**                                              **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 4:17cv00080-JMV**

**RTR FARMS, INC., ET AL.**                                                  **DEFENDANTS**

## ORDER STAYING ALL PROCEEDINGS

The Court, having been advised that defendants have initiated bankruptcy proceedings,

**IT IS, THEREFORE, ORDERED** that all proceedings herein are STAYED until further order of the Court, pursuant to the automatic stay provided for under 11 U.S.C. § 362. The parties shall notify this Court within seven (7) days of any resolution of the bankruptcy proceedings.

SO ORDERED this, the 17th day of November, 2017.

                                                             /s/ Jane M. Virden_____
                                                             UNITED STATES MAGISTRATE JUDGE