**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**CROP PRODUCTION SERVICES, INC.**                                                         **PLAINTIFF**

**V.**                                **NO. 4:17-CV-00080-JMV**

**RTR FARMS, INC., ET AL.**                                                                  **DEFENDANTS**

## ORDER CLOSING CASE

On November 17, 2017, the Court stayed this case pursuant to the automatic stay provided for under 11 U.S.C. § 362 because the defendants had initiated bankruptcy proceedings. The Court, having been advised that bankruptcy proceedings are ongoing, finds there is no reason for this case to remain on the active docket. Accordingly, **the Clerk of the Court is directed to administratively CLOSE this action**. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004) ("The effect of an administrative closure is no different from a simple stay, except that it affects the count of active cases pending on the court's docket; i.e., administratively closed cases are not counted as active."). Should further litigation be necessary, any party may move to reopen the case.

**SO ORDERED** this 15th day of January, 2020.

                                                                            **/s/ Jane M. Virden**
                                                                            **U. S. MAGISTRATE JUDGE**